**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02964-WJM-NYW

Alejos Torrez,

    Plaintiff/Movant,

Synchrony Bank f/k/a GE Capital Retail Bank,

    Defendant.

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Synchrony Bank f/k/a GE Capital Retail Bank with prejudice and without costs to any party.

| Alejos Torrez | Synchrony Bank f/k/a GE Capital Retail Bank |
|---|---|
| _/s/ Jenny DeFrancisc_ | _/s/ Timothy Carraher_ |
| Jenny DeFrancisco, Esq.<br>CT Bar No.: 432383<br>LEMBERG LAW LLC<br>1100 Summer Street, Third Floor<br>Stamford, CT 06905<br>Telephone: (203) 653-2250<br>Facsimile: (203) 653-3424<br>Email: jdefrancisco@lemberglaw.com<br>*Attorneys for Plaintiff* | Timothy R. Carraher<br>Reed Smith LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, Illinois 60606-7507<br>Telephone: (312) 207-6549<br>Email: tcarraher@reedsmith.com<br>*Attorneys for Defendant* |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 10, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By */s/ Jenny DeFrancisco*
                 Jenny DeFrancisco, Esq.